# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

21 U.S.C. Sec. 841 - Distribution of Controlled Substance
21 U.S.C. Sec. 846 - Conspiracy to distribute controlled substance
21 U.S.C. Sec. 856 - Maintaining a property to manufacture controlled substance

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:**
21 U.S.C. Secs. 841 and 846 - 20 years imprison., $1,000,000 fine, 3 years sup. rel., $100 sp. assess.
21 U.S.C. Sec. 856 - 20 years imprison., $500,000 fine, 3 years sup. rel., $100 sp. assess.

**DEFENDANT - U.S.**
▶ SHON M. SQUIER and VALERIE L. HERSCHEL

**DISTRICT COURT NUMBER**
06-70799 WDB

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
DEA Special Agent Kenny Lee

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    [ ] U.S. Att'y  [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN
[X] U.S. Att'y  [ ] Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
H. H. (Shashi) Kewalramani

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges } [ ] Fed'l  [ ] State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  [ ] Yes  [X] No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year  December 12, 2006

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
[ ] SUMMONS  [ ] NO PROCESS*  [X] WARRANT   Bail Amount: None in warrant

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments: