1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4
   H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, California 92612
7  Phone: (510) 637-3717
   Fax: (510) 637-3724
8  shashi.kewalramani@usdoj.gov

   Attorneys for United States of America

   **ORIGINAL**

   **FILED**
   DEC 11 2006
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                        OAKLAND DIVISION

   **WDB**

   UNITED STATES OF AMERICA,      )  No. 4 06 70799
                                  )
        Plaintiff,                )
                                  )
        v.                        )  MOTION TO SEAL COMPLAINT AND
                                  )  SUPPORTING DOCUMENTS
   SHON MATTHEW SQUIER and        )
   VALERIE LYNN HERSCHEL,         )
                                  )
        Defendants.               )
   _____)

        The United States hereby moves this Court to seal the Affidavit of DEA Special Agent Kenny Lee in support of the criminal complaint, the arrest warrant, the criminal complaint, and the arrest warrants, this motion, and corresponding order until further order of this Court. This motion is based on the information set forth in Special Agent Lee's affidavit.

   DATED: December 11, 2006        Respectfully submitted,

                                   KEVIN V. RYAN
                                   United States Attorney

                                   _____
                                   H. H. (SHASHI) KEWALRAMANI
                                   Assistant United States Attorney