KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 92612
Phone: (510) 637-3717
Fax: (510) 637-3724
shashi.kewalramani@usdoj.gov

Attorneys for United States of America

**FILED**
DEC 1 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SHON MATTHEW SQUIER and <br> VALERIE LYNN HERSCHEL, <br> Defendants. | No. 06-70799 WDB <br><br> MOTION TO UNSEAL COMPLAINT <br> AND SUPPORTING DOCUMENTS |

On December 11, 2006, United States Magistrate Judge Bernard Zimmerman signed a Criminal Complaint and issued two arrest warrants in this matter. The Court was requested to and placed the complaint, as well as all the documents in support of the complaint under seal. Because the related arrest warrants have been executed and will appear in court tomorrow, it is now appropriate to unseal this criminal complaint and the supporting documents.

DATED: December 12, 2006         Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney