1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

3  MARK KROTOSKI, (CABN 138549)
   Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney

5

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3717
       Facsimile: (510) 637-3724
8      E-mail: Shashi.Kewalramani@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   Case No. 06-70799 WDB
                                    )
14        Plaintiff,                )   [PROPOSED] ORDER GRANTING
                                    )   STIPULATION TO WAIVE TIME UNDER
15    v.                            )   SPEEDY TRIAL CLOCK AND FOR
                                    )   PRELIMINARY HEARING
16 SHON MATTHEW SQUIER and          )
   VALERIE LYNN HERSCHEL,           )
17                                  )   Date:   January 30, 2007
          Defendant.                )   Time:   10:00 a.m.
18 ─────────────────────────────────)   Before the Honorable Wayne D. Brazil

19                          **[PROPOSED] ORDER**

20        Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter

21 filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing

22 seeking to waive and extend the time for the preliminary hearing and to exclude the time between

23 January 30, 2007 and March 6, 2007 from the Speedy Trial Clock.  The Stipulation was signed

24 by counsel of record as well as the defendants knowingly and voluntarily waiving their rights to a

25 preliminary hearing on January 30, 2007, and extending the preliminary hearing until March 6,

26 2007.  The Stipulation also noted that the United States is expected to provide discovery to the

27 defendants' attorneys.  This information will allow the defendants' attorneys to better evaluate

28

1  the case and assist in preparing a defense.  Counsel also acknowledged that an exclusion of time

2  under the Speedy Trial Clock is appropriate to allow for the effective preparation of defense

3  counsel taking into account the exercise of due diligence.  Good cause appearing therefor,

4        **IT IS HEREBY ORDERED** that the period of time between January 30, 2007 and

5  March 6, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare,

6  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court

7  finds that the "ends of justice served by the granting of such continuance outweigh[s] the best

8  interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).

9  Additionally, the Court finds that the defendants, Mr. Squier and Ms. Herschel, knowingly and

10  voluntarily waived the period between January 30, 2007 and March 6, 2007, such that

11  preliminary hearing is now scheduled for March 6, 2007 at 10:00 a.m.

12  DATED:

13

14                                      _____
WAYNE D. BRAZIL
15                                      United States Magistrate Judge

16  Distribute to:

17  Bruce Hall Atwater                Dennis Roberts
1260 B Street, Suite 220          300 Grand Avenue
18  Hayward, CA 94541              Oakland, CA  94612
Counsel for Shon Squier         Counsel for Shon Squier
19
Frederick R. Remer              Harris B. Taback
20  1260 B, St #220                  Law Chambers Building
Hayward, CA 94541              345 Franklin Sreet, Suite 102
21  Counsel for Valerie Herschel    San Francisco, CA 94102
                                      Counsel for Valerie Herschel
22

23  H. H. (Shashi) Kewalramani
Assistant United States Attorney
24  1301 Clay Street, Suite 340S
Oakland, CA 94612
25  Counsel for Plaintiff

26

27

28