1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
                                                            **FILED**
3  MARK KROTOSKI (CASBN 138549)
   Chief, Criminal Division                                 MAR 5 – 2007
4
   H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)                RICHARD W. WIEKING
   Assistant United States Attorney                         CLERK, U.S. DISTRICT COURT
5                                                           NORTHERN DISTRICT OF CALIFORNIA
                                                            OAKLAND
6  1301 Clay Street, Suite 340S
   Oakland, California 94612
7  Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
8  E-mail: Shashi.Kewalramani@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )  Case No. 06-70799 WDB
                                    )
14        Plaintiff,                )  [PROPOSED] ORDER GRANTING
                                    )  SECOND STIPULATION TO WAIVE
15        v.                        )  TIME UNDER SPEEDY TRIAL CLOCK
                                    )  AND FOR PRELIMINARY HEARING
16 SHON MATTHEW SQUIER and          )
   VALERIE LYNN HERSCHEL,           )  Date:  March 6, 2007
17                                  )  Time:  10:00 a.m.
          Defendant.                )  Before the Honorable Wayne D. Brazil
18 _____)

19                        **[PROPOSED] ORDER**

20       Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter

21 filed a Second Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary

22 Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time

23 between March 6, 2007 and April 20, 2007 from the Speedy Trial Clock. The Stipulation was

24 signed by counsel of record as well as the defendants knowingly and voluntarily waiving their

25 rights to a preliminary hearing on March 6, 2007, and extending the preliminary hearing until

26 April 20, 2007. The Stipulation also noted that the United States has provided discovery and will

27 be providing discovery to another counsel. Additionally, the stipulation noted that one of Mr.

28 cc: WDB's Stats, Copy to parties via ECF

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO WAIVE TIME
UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING
Case No. 06-70799 WDB                    1

Squier's counsel required medical attention that resulted in his unavailability for a period of time. This discovery has allowed and will allow the defendants' attorneys to better evaluate the case and assist in preparing a defense. Counsel also acknowledged that an exclusion of time under the Speedy Trial Clock is appropriate to allow for the effective preparation of defense counsel taking into account the exercise of due diligence and for continuity of counsel. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between March 6, 2007 and April 20, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare and for continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Additionally, the Court finds that the defendants, Mr. Squier and Ms. Herschel, knowingly and voluntarily waived the period between March 6, 2007 and April 20, 2007, such that preliminary hearing is now scheduled for April 20, 2007 at 10:00 a.m.

DATED: 3-5-07

WAYNE D. BRAZIL
United States Magistrate Judge

Distribute to:

Bruce Hall Atwater
1260 B Street, Suite 220
Hayward, CA 94541
Counsel for Shon Squier

Dennis Roberts
300 Grand Avenue
Oakland, CA 94612
Counsel for Shon Squier

Frederick R. Remer
1260 B, St #220
Hayward, CA 94541
Counsel for Valerie Herschel

Harris B. Taback
Law Chambers Building
345 Franklin Sreet, Suite 102
San Francisco, CA 94102
Counsel for Valerie Herschel

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO WAIVE TIME
UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING
Case No. 06-70799 WDB                    2