SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-70799 WDB |
|    Plaintiff, | [PROPOSED] ORDER GRANTING THIRD STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING |
| v. | |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, | Date: April 20, 2007<br>Time: 10:00 a.m.<br>Before the Honorable Wayne D. Brazil |
|    Defendants. | |

**[PROPOSED] ORDER**

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Second Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time between April 20, 2007 and June 1, 2007 from the Speedy Trial Clock. The Stipulation was signed by counsel of record as well as the defendants knowingly and voluntarily waiving their rights to a preliminary hearing on April 20, 2007, and extending the preliminary hearing until June 1, 2007. The Stipulation also noted that the United States has provided discovery to the parties. Additionally, the stipulation noted that one of Mr. Squier's counsel required medical

1. attention that resulted in his unavailability for a period of time. This discovery has allowed and
2. will allow the defendants' attorneys to better evaluate the case and assist in preparing a defense.
3. Counsel also acknowledged that an exclusion of time under the Speedy Trial Clock is appropriate
4. to allow for the effective preparation of defense counsel taking into account the exercise of due
5. diligence and for continuity of counsel. Good cause appearing therefor,

6.     **IT IS HEREBY ORDERED** that the period of time between April 20, 2007 and June 1,
7. 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare and for
8. continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §
9. 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such
10. continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18
11. U.S.C. § 3161(h)(8)(A). Additionally, the Court finds that the defendants, Mr. Squier and Ms.
12. Herschel, knowingly and voluntarily waived the period between April 20, 2007 and June 1, 2007,
13. such that preliminary hearing is now scheduled for June 1, 2007 at 10:00 a.m.

14. DATED:

15.

16.                                                 _____
                                                WAYNE D. BRAZIL
                                                United States Magistrate Judge

17.

18. Distribute to:

19. Bruce Hall Atwater                 Dennis Roberts
    1260 B Street, Suite 220           300 Grand Avenue
20. Hayward, CA 94541               Oakland, CA  94612
    Counsel for Shon Squier           Counsel for Shon Squier
21.

    Frederick R. Remer               Harris B. Taback
22. 1260 B, St #220                    Law Chambers Building
    Hayward, CA 94541               345 Franklin Sreet, Suite 102
23. Counsel for Valerie Herschel      San Francisco, CA 94102
                                             Counsel for Valerie Herschel
24.

    H. H. (Shashi) Kewalramani
25. Assistant United States Attorney
    1301 Clay Street, Suite 340S
26. Oakland, CA 94612
    Counsel for Plaintiff

27.

28.