O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CAIFORNIA


FILED
JUN 1 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
V.
SHON MATTHEW SQUIER

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-00351 MJJ

I, SHON MATTHEW SQUIER, the above named defendant, who is accused of violating the following criminal statutes 21 U.S.C. § 846 - Conspiracy To Manufacture And Possess With Intent to Distribute Marijuana; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vii) - Distribution Of Marijuana; 21 U.S.C. § 856(a)(2) - Managing Or Controlling A Place For Unlawfully Manufacturing, Storing, and Distributing Marijuana; and 18 U.S.C. § 1957(a) - Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 1, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before Wayne D. Brazil 6-1-07
Judicial Officer