UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**         Courtroom Clerk: **Edward Butler**

Date: **August 9, 2007**         Court Reporter: **Belle Ball**

Case No:   **CR 07-0351 MJJ**         Time in Court: 2:25 – 2:29 p.m.

DEFENDANT:   **SHON MATTHEW SQUIER (1)**   (**X**) Present   ( ) Not Present   ( ) In Custody
    and   **VALERIE LYNN HERSCHEL (2)** (**X**) Present   ( ) Not Present   ( ) In Custody

AUSA:   **Shashi Kewalramani**

DEF ATTY:   **Dennis Roberts for def. Squier (and specially appearing for co-counsel Bruce Atwater)**
**Harris Taback, Fred Remer for def. Herschel**

Interpreter:              Probation Officer:

REASON FOR HEARING:   **Status Conference**

Motions (if any) to be filed no later than:
Motions to be noticed to be heard no later than  otherwise, they will be deemed to be waived.

RESULT(S):
- The Government has provided discovery to defendants.  The parties are discussing possible resolution.
- Matter put over for further status conference.

TRIAL SET for:

CASE CONTINUED TO:   **10/12/07 at 2:30 p.m** [Oakland, Courtroom 4   for **Further Status Conference**

BASIS TO EXCLUDE TIME GRANTED FOR:  8/9/07    Thru  10/12/07

JUDGMENT:

Notes:

cc: