SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    Facsimile: (510) 637-3724
    E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-00351 MJJ |
| | ) | |
|     Plaintiff, | ) | STIPULATION TO RE-SET MATTER |
| | ) | FROM OCTOBER 12, 2007 TO OCTOBER |
|     v. | ) | 26, 2007 AND EXCLUSION OF TIME |
| | ) | UNDER SPEEDY TRIAL CLOCK |
| SHON MATTHEW SQUIER and | ) | |
| VALERIE LYNN HERSCHEL | ) | Date:   October 12, 2007 |
| | ) | Time:  2:30 p.m. |
|     Defendant. | ) | |
| _____ | ) | Before the Honorable Martin J. Jenkins |

      This matter is set to come before the Court for further status on October 12, 2007.  The

parties stipulate to re-set the matter on the Court's October 26, 2007 criminal calendar in

Oakland, California at 2:30 p.m.  The Court previously found that the matter is complex under

the Speedy Trial Clock, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), and excluded time until October

12, 2007.  The parties agree that the time between October 12, 2007 and October 26, 2007 be

/ / /

/ / /

/ / /

1  excluded under this same basis and so that defense counsel may continue to prepare and

2  investigate the matter.

3

4  DATED: October 3, 2007,

5  Respectfully submitted,

6  SCOTT N. SCHOOLS
   United States Attorney

7

8  _____/s/_____                    _____/s/_____
   H. H. (SHASHI) KEWALRAMANI            BRUCE HALL ATWATER
   Assistant United States Attorney      Attorney for Shon Matthew Squier

9  Attorney for the United States

10                                       _____/s/_____
                                         FREDERICK R. REMER

11                                       Attorney for Valerie Lynn Herschel

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28