1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3717
7      Facsimile: (510) 637-3724
       E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9

                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                         OAKLAND DIVISION

   UNITED STATES OF AMERICA,         )  Case No. 07-00351 MJJ
                                     )
        Plaintiff,                   )  [PROPOSED] ORDER GRANTING
                                     )  STIPULATION TO RE-SET MATTER
                                     )  FROM OCTOBER 12, 2007 TO OCTOBER
        v.                           )  26, 2007 AND EXCLUSION OF TIME
                                     )  UNDER SPEEDY TRIAL CLOCK
                                     )
   SHON MATTHEW SQUIER and           )  Date:  October 12, 2007
   VALERIE LYNN HERSCHEL             )  Time:  2:30 p.m.
                                     )
        Defendant.                   )  Before the Honorable Martin J. Jenkins
                                     )

        For the reasons set forth in the parties' Stipulation To Re-Set The Matter From October 12, 2007 To October 26, 2007 And Exclusion Of Time Under Speedy Trial Clock, and good cause appearing therefor,

        **IT IS HEREBY ORDERED** that the matter is re-set to the Court's October 26, 2007 criminal calendar in Oakland, California at 2:30 p.m. and the time between October 12, 2007 and October 26, 2007 is excluded under the Speedy Trial Clock pursuant to

   / / /

   / / /

   [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM OCT. 12, 2007
   TO OCT.26, 2007 AND EXCLUSION OF TIME UNDER STC
   CASE NO. 07-00351 MJJ
                                     1

1  18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), because as previously found and stipulated to by the
2  parties, the matter is complex.

4  DATED:    10/05/07



MARTIN J. JENKINS
United States
Judge Martin J. Jenkins

28 [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM OCT. 12, 2007
TO OCT.26, 2007 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ

2