**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**Criminal Pretrial Minute Order**</u>
**JUDGE MARTIN J. JENKINS**
**Date:  10/26/07**

**Clerk: Frances Stone for Monica Narcisse**
**Court Reporter: MARGO GURULE**

**Plaintiff:**  United States

**v.**                                                         **No.**  CR-07-00351-MJJ

**Defendant:**       Shon Matthew Squier [present; not in custody]
                     Valerie Lynn Herschel [present; not in custody]

**Appearances for AUSA:** Shashi Kewalramani

**Appearances for Defendant:**  Def Squier:  Bruce Atwater
                                             Dennis Roberts

                     Def Herschel: Frederick Remer

**Interpreter:** <u>none</u>

**Probation Officer:**

**Reason for Hearing:**                  **Ruling:**

FURTHER STATUS CONFERENCE-   HELD

**Notes:**

**Case Continued to:**   12/7/07 at 2:30PM  for   Stat or Change of Plea (both defs) Oakland Ctrm #4

**Case Continued to:**          for

**Case Continued to:**        for
**Motions to be filed by:**        **Opposition Due:**
**Case Continued to**                          **for Pretrial Conference**
**Case Continued to**          for              **Trial**

**Excludable Delay: Category: Begins:  10/26/07      Ends:**  12/7/07