1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3717
7  Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 07-00351 MJJ |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO RE-SET MATTER FROM DECEMBER 7, 2007 TO JANUARY 18, 2008 AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
| v. | ) ) ) | |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, | ) ) ) | |
| Defendant. | ) ) ) | Date: December 7, 2007 Time: 2:30 p.m. Before the Honorable Martin J. Jenkins |

This matter was set to come before the Court for change of plea on December 7, 2007. The parties are continue to discuss the terms of the settlement, and in particular the items that were seized as part of the investigation for forfeiture. Because this is taking additional time to fully investigate, and in light of the holidays, the parties request that the Court re-set the matter for change of plea or trial setting on January 18, 2007 at 2:30 p.m. in Oakland, California. The Court previously found that the matter is complex under the Speedy Trial Clock, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), and excluded time until December 7, 2007. The parties agree that

///

///

STIPULATION TO RE-SET MATTER FROM DEC. 7, 2007
TO JAN. 18, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ                    1

1  the time between December 7, 2007 and January 18, 2008 be excluded under this same basis and
2  so that defense counsel may continue to prepare and investigate the matter and based on the
3  complexity of the case.
4  DATED: December 7, 2007,
5  Respectfully submitted,
6  SCOTT N. SCHOOLS
   United States Attorney
7

8        /s/                                              /s/
   H. H. (SHASHI) KEWALRAMANI              BRUCE HALL ATWATER
9  Assistant United States Attorney              Attorney for Shon Matthew Squier
   Attorney for the United States
10
                                                          /s/
11                                             FREDERICK R. REMER
                                               Attorney for Valerie Lynn Herschel
12

STIPULATION TO RE-SET MATTER FROM DEC. 7, 2007
TO JAN. 18, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ                    2