SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3717
  Facsimile: (510) 637-3724
  E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-00351 MJJ |
|     Plaintiff, ) | [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM DECEMBER 7, 2007 TO JANUARY 18, 2008 AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
| v. ) | |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, ) | Date:  December 7, 2007<br>Time:  2:30 p.m.<br>Before the Honorable Martin J. Jenkins |
|     Defendant. ) | |

For the reasons set forth in the parties' Stipulation To Re-set Matter From December 7, 2007 to January 18, 2008 and Exlcusion Of Time Under Speedy Trial Clock, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the matter is re-set for change of plea or trial setting on January 18, 2008, and the time between December 7, 2007 and January 18, 2008 is excluded under the Speedy Trial Clock because the matter requires additional investigation and preparation, such that The Court previously found that the matter is complex under the Speedy Trial Clock, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), and excluded time until December 7, 2007.

1 The parties agree that the time between December 7, 2007 and January 18, 2008 be excluded
2 under this same basis and so that defense counsel may continue to prepare and investigate the
3 matter and the complexity of the matter.
4 DATED:

_____
MARTIN J. JENKINS
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM DEC. 7, 2007
TO JAN. 18, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ                    2