BRUCE HALL ATWATER
ATTORNEY AT LAW
1260 B Street, Suite 220
Hayward, CA 94541
Telephone: (510) 888.7050

**BRUCE HALL ATWATER** (SBN: 199011)
Counsel for Defendant
SHON MATTHEW SQUIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>SHON MATTHEW SQUIER,<br><br>Defendant. | CASE NO.: CR-07-00351-MJJ<br><br>**APPLICATION FOR TRAVEL ORDER AND PROPOSED ORDER** |
|---|---|

Comes now the Defendant by and through undersigned counsel who respectfully requests permission from this Honorable Court to travel from (his residence) in the Northern District of California to Las Vegas, Nevada. He will be leaving on December 29, 2007, and returning on January 1, 2008, during which time he will be staying at the Four Seasons Hotel, 3960 Las Vegas Blvd. South, Las Vegas, Nevada, 89119, 1-702-632-5000.

Assistant United States Attorney Shashi Kewalramani, and Paul Mamaril of Pretrial Services have been notified of this request to travel on the above-referenced dates and they have no objection. Mr. Squier has agreed to provide Pre Trial Services with the address and telephone number of where he will be staying. This request is based on the above referenced information and supported by the attached declaration.

Dated: 12-13-07

Bruce H. Atwater
Counsel for defendant
Shon Squier

BRUCE HALL ATWATER
ATTORNEY AT LAW
1260 B Street, Suite 220
Hayward, CA 94541
Telephone: (510) 888.7050

**BRUCE HALL ATWATER** (SBN: 199011)
Counsel for Defendant
SHON MATTHEW SQUIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>SHON MATTHEW SQUIER,<br><br>Defendant. | CASE NO.: CR-07-00351MJJ<br><br>DECLARATION OF<br>BRUCE H. ATWATER IN<br>SUPPORT OF ATTATCHED<br>APPLICATION FOR TRAVEL<br>ORDER |
|---|---|

I, BRUCE H. ATWATER declare the following under penalty of perjury that the foregoing is true and correct.

1. I represent defendant in the above referenced case.
2. I am an attorney duly licensed to practice law in the State of California.
3. Information contained in the attached application for travel is true and accurate to the best of my knowledge.

Executed this 13h day of December 2007 at Hayward, California.

Dated: 12-13-07

Bruce H. Atwater
Counsel for defendant
Shon Squier

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-07-00351MJJ |
| Plaintiff, | |
| v. | |
| SHON MATTHEW SQUIER, | **PROPOSED TRAVEL ORDER** |
| Defendant. _____/ | |

IT IS HEREBY ORDERED that the defendant be permitted to travel to Las Vegas, leaving on December 29, 2007, and returning on Tuesday January 1, 2008, during which time he will be staying at the Four Seasons Hotel, 3960 Las Vegas Blvd. Assistant United States Attorney Shashi Kewalramani, and Paul Mamaril of Pretrial Services have been notified of this request to travel on the above-referenced dates and they have no objection.

Mr. Squier has agreed to provide Pre Trial Services with the address and telephone number of where he will be staying.

IT IS SO ORDERED.

Dated: _____

_____
Wayne D. Brazil
United States District Judge

FREDERICK R. REMER
ATTORNEY AT LAW
1260 "B" STREET, SUITE 220
HAYWARD, CALIFORNIA 94541
(510) 887-8880