UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,  CASE NO.: **CR-07-00351MJJ**

    Plaintiff,
    v.

                                      **TRAVEL ORDER**

SHON MATTHEW SQUIER,

    Defendant.          /

IT IS HEREBY ORDERED that the defendant be permitted to travel to Las Vegas, leaving on December 29, 2007, and returning on Tuesday January 1, 2008, during which time he will be staying at the Four Seasons Hotel, 3960 Las Vegas Blvd. Assistant United States Attorney Shashi Kewalramani, and Paul Mamaril of Pretrial Services have been notified of this request to travel on the above-referenced dates and they have no objection.

Mr. Squier has agreed to provide Pre Trial Services with the address and telephone number of where he will be staying.

IT IS SO ORDERED.

Dated: 12/28/07



Judge Nandor J. Vadas