1 JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

5

6   1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3717

7   Facsimile: (510) 637-3724
  E-mail: Shashi.Kewalramani@usdoj.gov

8

Attorneys for Plaintiff

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

| | |
|---|---|
| 13 UNITED STATES OF AMERICA, | Case No. 07-00351 MJJ |
| 14     Plaintiff, | STIPULATION TO RE-SET MATTER FROM JANUARY 18, 2008 TO MARCH 14, 2008 AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
| 15 v. | |
| 16 SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, | Date:  January 18, 2008 |
| 17     Defendant. | Time:  2:30 p.m. Before the Honorable Martin J. Jenkins |
| 18 | |

19       This matter was set to come before the Court for status on January 18, 2008. The parties

20 are continuing to discuss the terms of the settlement, and in particular the items that were seized

21 as part of the investigation for forfeiture. Because of the holidays and the absence of several

22 counsel, the resolution was not finalized. The parties request that the Court re-set the matter for

23 change of plea or trial setting on March 14, 2007 at 2:30 p.m. in Oakland, California. The Court

24 previously found that the matter is complex under the Speedy Trial Clock, 18 U.S.C.

25 §§ 3161(h)(8)(A) and (B)(ii), and excluded time. The parties agree that the time between

26 January 18, 2008 and March 14, 2008 be excluded under this same basis and so that defense

27 counsel may continue to prepare and investigate the matter and based on the complexity of the

28

STIPULATION TO RE-SET MATTER FROM JAN. 18, 2008
TO MAR. 14, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ             1

1  case. Additionally, counsel for the United States will be unavailable for a month during this time
2  for a trial set to commence on February 11, 2008 before the Honorable D. Lowell Jensen. It is
3  anticipated that the trial will take approximately a week and a half. After this trial, counsel for
4  the United States will be unavailable the latter part of February and the beginning of March for
5  personal reasons.
6  DATED: January 17, 2008,
7  Respectfully submitted,
8  JOSEPH P. RUSSONIELLO
   United States Attorney
9

10       /s/                                              /s/
    H. H. (SHASHI) KEWALRAMANI              BRUCE HALL ATWATER
11  Assistant United States Attorney             Attorney for Shon Matthew Squier
    Attorney for the United States
12
                                                         /s/
13                                               FREDERICK R. REMER
                                                 Attorney for Valerie Lynn Herschel
14

STIPULATION TO RE-SET MATTER FROM JAN. 18, 2008
TO MAR. 14, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ                2