1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
6    1301 Clay Street, Suite 340S
     Oakland, California 94612
     Telephone: (510) 637-3717
7    Facsimile: (510) 637-3724
     E-mail: Shashi.Kewalramani@usdoj.gov
8
9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                 OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) Case No. 07-00351 MJJ
   |                                  )
14 |         Plaintiff,                ) [■■■■■■■■] ORDER GRANTING
   |                                  ) STIPULATION TO RE-SET MATTER
15 |                                  ) FROM JANUARY 18, 2008 TO MARCH
   |    v.                             ) 14, 2008 AND EXCLUSION OF TIME
16 |                                  ) UNDER SPEEDY TRIAL CLOCK
   |                                  )
17 | SHON MATTHEW SQUIER and          ) Date:  January 18, 2008
   | VALERIE LYNN HERSCHEL,           ) Time:  2:30 p.m.
18 |                                  ) Before the Honorable Martin J. Jenkins
   |         Defendant.                )
19 |_____)

20       For the reasons set forth in the parties' Stipulation To Re-set Matter From January 18,

21 2008 to March 14, 2008 and Exlcusion Of Time Under Speedy Trial Clock, and good cause

22 appearing therefor,

23       **IT IS HEREBY ORDERED** that the matter is re-set for change of plea or trial setting on

24 March 14, 2008, and the time between January 18, 2008 and March 14, 2008 is excluded under

25 the Speedy Trial Clock because the matter requires additional investigation and preparation, such

26 that the Court previously found that the matter is complex under the Speedy Trial Clock, 18

27 U.S.C. §§ 3161(h)(8)(A) and (B)(ii).   The parties agree that the time between January 18, 2008

28

1 and March 14, 2008 be excluded under this same basis and so that defense counsel may continue
2 to prepare and investigate the matter and the complexity of the matter, as well as unavailability of
3 counsel.

4 DATED: 1/17/2008

_____
MARTIN J. JENKINS
United States District Judge