DENNIS ROBERTS
STATE BAR No. 36651
370 Grand Avenue
Oakland, CA 94610
510 465 6363
510 465 7375 facsimile

Attorney for SHON SQUIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>vs.<br>SHON SQUIER,<br>VALERIE HERSCHEL<br>      Defendant. | NO. CR **CR07-00351 DLJ**<br><br>ALL DEFENDANTS'<br>STIPULATION TO CONTINUE<br>HEARING |

TO THE HONORABLE D. LOWELL JENSEN AND TO THE UNITED STATES ATTORNEY:

DEFENDANTS AND THE GOVERNMENT HEREBY STIPULATE AS FOLLOWS:

  It is hereby stipulated that the hearing scheduled for March 14, 2008 should be continued to April 18, 2008 at 9 a.m. due to the medical absence of one of the attorneys for the Defendant Squier as well as the unavailability of Defendant Squier's other attorney and the unavailability of the Assistant United States Attorney herein. It is further stipulated that there should be an exclusion of time under the Speedy Trial Act to accommodate counsel's schedule, to ensure continuity of counsel and because counsel are attempting to resolve this matter with a plea as to both defendants which requires additional time to perfect.

  I have been authorized to advise the Court on behalf of the Assistant U. S. Attorney herein and

the remaining three Attorneys that all join in this stipulation.

Dated: March 13, 2008          /S/
                               DENNIS ROBERTS
                               Attorney for Defendant SQUIER


Dated: March 13, 2008          /S/
                               SHASHI KEWELRAMANI, AUSA