**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  4/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                      **No.** CR-07-00351-DLJ

**Defendant:** Shon Matthew Squier [present; not in custody]
             Valerie Lynn Herschel [present; not in custody]

**Appearances for AUSA:**  James Mann

**Appearances for Defendant:**  Def Squier:  Bruce Atwater
                               Def Herschel: Dennis Roberts and Frederick Remer

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
**STATUS**                       -HELD

**Notes:**

**Case Continued to   6/20/08 AT 9:00AM   for  Stat/Setting**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                       for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**     4/18/08     **Ends:** 6/20/08