```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  WADE RHYNE (CABN 216799)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340-S
 6     Oakland, CA 94612
       Telephone: (510) 637-3693
 7     FAX: (510) 637-3724

 8  Attorneys for the United States
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO.: CR-07-00351 DLJ |
| ) | |
| v. ) | |
| ) | |
| SHON MATTHEW SQUIER and ) | |
| VALERIE LYNN HERSCHEL, ) | SUBSTITUTION OF ATTORNEY |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Please take notice that as of May 1, 2008, the Assistant U.S. Attorney whose name, Address, telephone number and email address are listed below was assigned to be counsel for the government.

                Assistant U.S. Attorney Wade Rhyne
                1301 Clay Street, Suite 340S
                Oakland, CA 94612
                Telephone: (510) 637-3680
                Wade.Rhyne@usdoj.gov


DATED: May 1, 2008              Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

                                        /s/
                                _____
                                WADE RHYNE
                                Assistant United States Attorney