**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**Criminal Pretrial Minute Order**</u>
**JUDGE D. LOWELL JENSEN**
**Date: 6/20/08**

**Clerk: Frances Stone**
**Court Reporter:DIANE SKILLMAN**

**Plaintiff:** United States

**v.**                                                    **No.** CR-07-00351-DLJ

**Defendant:** Shon Matthew Squier [present; not in custody]
                   Valerie Lynn Herschel [present; not in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Shon Matthew Squier: Dennis Roberts
                   Valerie Lynn Herschel: Harris Taback and Frederick Remer

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**                  **Ruling:**
**STATUS/SETTING**                  **-HELD**

**Notes:**

**Case Continued to**    8/8/08 AT 9:00AM    for  STATUS/SETTING

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**          **Opposition Due:**

**Case Continued to**                        **for Pretrial Conference**

**Case Continued to**          for                **Trial**

**Excludable Delay: Category: Begins: 6/20/08          Ends: 8/8/08**