~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| TO: | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED**<br>JUN 1 8 2008 | RE: | Shon Squier |
| FROM: | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | DOCKET NO.: | CR 07-00351 DLJ |
| DATE: | June 18, 2008 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Paul Mamaril_____          _____510-637-3757_____
**U.S. PRETRIAL SERVICES OFFICER**          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge *Maria Elena James* ~~Presiding District Court Judge~~ on FRI. JULY 11, 2008 @ 9:30 am

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions: *Schedule a bail review hearing before the Duty Magistrate Judge in S.F.*

_____Wayne D. Brazil_____          _____6-18-08_____
**JUDICIAL OFFICER**                **DATE**

Cover Sheet (06/02/08)

cc: WDB's Stats, Copy to parties via ECF
Frances, Pretrial, ~~...~~
Brenda Tolbert