UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  August 8 , 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                  **No.** CR-07-00351-DLJ

**Defendant:** Shon Matthew Squier [present; not in custody]
                     Valerie Lynn Herschel [present; not in custody]


**Appearances for AUSA:** Wade Rhyne


**Appearances for Defendant:** Def Squier: Dennis Roberts
                                         Alexandria Carl - special appearance (for Bruce Atwater)

                         Def Herschel- Frederick Remer


**Interpreter:**
**Probation Officer:**


**Reason for Hearing:**            **Ruling:**
STAT/SETTING                       -HELD


**Notes:**

**Case Continued to**    11/7/08 AT 9:00AM for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                      for Pretrial Conference

**Case Continued to**         for              Trial


**Excludable Delay: Category: Begins:  8/8/08    Ends: 11/7/08**