Alexandria Carl (SBN # 227293)
Law Office of Alexandria Carl
1500 - 20th Street
San Francisco, CA 94107
Telephone: 415-920-0423
Fax: 415-920-0427

Attorney for Shon Squier

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-07-0351 DLJ |
| Plaintiff, | **ORDER** TO CONTINUE SENTENCING DATE TO MARCH 26, 2010 |
| v. | Date: March 26, 2010 |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, | Time: 10:00 am |
| Defendants. | Court: Hon. D. Lowell Jenson |

The parties jointly requested that the sentencing in this matter be continued from January 8, 2010 to March 26, 2010. For the reasons stated in the Stipulated Request to Continue Sentencing, the Court finds that the ends justice is served by granting the continuance and outweighs the best interests of the public. Good cause appearing therefore,

IT IS HEREBY ORDERED that this matter is set for sentencing on **March 26, 2010 at 10:00 a.m.** to allow for effective preparation of counsel, taking into account the exercise of due diligence.

DATED: December 11. 2009

Hon. D. Lowell Jensen
United State District Judge

Stipulation and Order to Continue Sentencing-