Alexandria Carl (SBN # 227293)
Law Office of Alexandria Carl
1500 - 20th Street
San Francisco, CA 94107
Telephone : 415-920-0423
Fax: 415-920-0427

Attorney for Shon Squier

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-07-00351 DLJ |
| Plaintiff, | **ORDER** TO CONTINUE SENTENCING DATE TO MAY 28, 2010 |
| v. | Date: May 28, 2010 |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, | Time: 10:00 a.m. |
| Defendants. | Court: Hon. D. Lowell Jenson |

The parties jointly requested that the sentencing in this matter be continued from April 23, 2010 to May 28, 2010. For the reasons stated in the Stipulated Request to Continue Sentencing, the Court finds that the ends of justice is served by granting the continuance and outweighs the best interest of the public. Good cause appearing therefore,

IT IS HEREBY ORDERED that this matter set for sentencing on May 28, 2010 to allow for effective preparation of counsel, taking into account the exercise of due diligence.

DATED:  April 20, 2010

Hon. D. Lowell Jensen
United States District Judge

[Proposed] Order to Continue Sentencing- 1