| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-00351 DLJ |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| SHON MATTHEW SQUIER, | |
| Defendant. | |

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

On July 29, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property,

1. The residence located at 2812 Chronicle Avenue, Hayward, CA 94542 or an amount of $532,107, in the form of substitute asset

2. The residence located at 2814 Chronicle Avenue, Hayward, CA 94542 or an amount of $45,000, in the form of substitute asset

3. $1,820,566.21 taken from Washington Mutual Account No. ending 448-2 in the name of LPCC, Inc. And/or Sean Squier

4. $66,657.22 taken from Washington Mutual Account No. ending in 449-0 in the name of LPCC, Inc. and/or Sean Squier

5. $10,234.69 taken from Washington Mutual Account No. ending in 022-1 in the name of LPCC Inc. and/or Sean Squier

6. Three Cannon Gun Safes seized from LPCC on December 11, 2006

7. Olympic Arms Inc (SGW Enterprises & Safari Arms), Model No. PCR 99, .223 caliber rifle, serial no. KX2368

8. Remington Arms Co., Inc., Model No. 870, 12 gauge pistol grip shotgun Serial No. V482605V

9. Heckler and Koch, USP Expert Model, .45 caliber semi-automatic pisto Seial No. 25-084593

10. Glock GMBH, Model 34, 9 millimeter semi-automatic pistol with tactical light, Serial No. DDD846US and

11. Heckler and Koch, USP Compact 9mm x 19, 9 millimeter semi-automatic pistol, Serial No. 27-064522

pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982 and 21 U.S.C. § 853.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982 and 21 U.S.C. § 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: May 12, 2011

_____
HONORABLE D. LOWELL JENSEN
United States District Judge